**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-21547 |
| | § | |
| PHILLIP A KOSANOVICH | § | |
| LAUREL J KOSANOVICH | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/09/2014. The undersigned trustee was appointed on 06/09/2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $8,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $75.05 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $7,924.95 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/25/2014 and the deadline for filing government claims was 12/08/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,550.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,550.00, for a total compensation of $1,550.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $7.98, for total expenses of $7.98.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/19/2015        By:    /s/ David P. Leibowitz
                                       Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 14-21547  Doc 52  Filed 05/20/15  Entered 05/20/15 16:03:24  Desc Main
Document  Page 3 of 13

Page No: 1
Exhibit A

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 14-21547-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KOSANOVICH, PHILLIP A AND KOSANOVICH, LAUREL J | | Date Filed (f) or Converted (c): | 06/09/2014 (f) |
| For the Period Ending: | 5/19/2015 | | §341(a) Meeting Date: | 07/22/2014 |
| | | | Claims Bar Date: | 11/25/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | single family home located at 18410 California Avenue, Homewood, IL 60430 value estimate by nada.com | $207,936.00 | $175,934.00 | | $0.00 | FA |
| 2 | available cash | $200.00 | $0.00 | | $0.00 | FA |
| 3 | checking account xxxx5351 with BMO Harris Bank, 17600 Halsted Street, Homewood, IL 60430 | $9,056.52 | $1,256.52 | | $0.00 | FA |
| 4 | checking account xxxx1285 with BMO Harris Bank, 17600 Halsted Street, Homewood, IL 60430 | $1,157.12 | $1,157.12 | | $0.00 | FA |
| 5 | checking account xxxx1277 with BMO Harris Bank, 17600 Halsted Street, Homewood, IL 60430 | $5,641.16 | $5,641.16 | | $0.00 | FA |
| 6 | combined checking and savings account xxxx3212 with Great Lake Credit Union, 18130 Crawford Ave., Country Club Hills, IL 60478 | $959.10 | $959.10 | | $0.00 | FA |
| 7 | various household furniture and goods | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 8 | various books and collectibles. | $500.00 | $500.00 | | $0.00 | FA |
| 9 | necessary wearing apparel | $1,000.00 | $0.00 | | $0.00 | FA |
| 10 | fur coats (28 years old) and wedding rings | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 11 | 2 hunting shotguns and golf clubs | $300.00 | $300.00 | | $0.00 | FA |
| 12 | 2002 Acura MDX, 194,000 miles with minor scratches; value estimate by nada.com | $3,600.00 | $0.00 | | $0.00 | FA |
| 13 | 1998 Chevrolet Tahoe Utility 2D 2WD; 109,000 miles with minor scratches, dents and rust; value estimate by nada.com | $1,887.00 | $1,887.00 | | $0.00 | FA |
| 14 | desk, bookcase, copier, shredder, computer, projector | $2,000.00 | $0.00 | | $0.00 | FA |
| 15 | Sale of non-exempt equity on all personal property | $0.00 | $11,000.00 | | $8,000.00 | FA |

**Asset Notes:** Asset entered for non-exempt equity on all property

FORM 1                                                                                                             Page No:  2
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 14-21547-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KOSANOVICH, PHILLIP A AND KOSANOVICH, LAUREL J | Date Filed (f) or Converted (c): | 06/09/2014 (f) |
| For the Period Ending: | 5/19/2015 | §341(a) Meeting Date: | 07/22/2014 |
| | | Claims Bar Date: | 11/25/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 16  13.075 shares in Lincoln National Corporation (LNC) Wells Fargo Shareowner Services acct xx7768 value includes 4 lost stock certificates that will require a bond to redeem NYSE closing price per share on filing date was $50.95  (u) | $666.17 | $666.17 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                          **Gross Value of Remaining Assets**
                             $236,903.07              $201,301.07                                  $8,000.00              $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 01/12/2015 | Objection to Claim No. 7 filed |
| 12/30/2014 | Requested Tax Return.  Attorney preparing objection to secured claim. |
| 09/02/2014 | Preparing motion to employ and motion to sell then TFR to be completed. |
| 08/29/2014 | Funds received Bar Scheduled 12/8/2014; TFR then |
| 08/24/2014 | Settled for $8,000.00 |
| 07/22/2014 | 341 Meeting Recap. |

Meeting of Creditors continued to August 26, 2014.  Please contact David Leibowitz and/or myself to schedule a conference to discuss this matter as it relates to the non-exempt funds in Debtor's estate.

Please note that Debtor is not to dispose of any property.  Our office will be contacting BMO Harris for turnover of funds unless the issues are resolved beforehand.

Thank you.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 07/09/2015 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 01/15/2015 | DAVID LEIBOWITZ | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| **Case No.** | 14-21547-ERW | |
| **Case Name:** | KOSANOVICH, PHILLIP A AND KOSANOVICH, LAUREL J | |
| **Primary Taxpayer ID #:** | **-***2078 | |
| **Co-Debtor Taxpayer ID #:** | **-***2079 | |
| **For Period Beginning:** | 6/9/2014 | |
| **For Period Ending:** | 5/19/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******4701 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 08/29/2014 | (15) | Christine Kosanovich | Settlement payment for all non-exempt assets on Schedule B | 1129-000 | $8,000.00 | | $8,000.00 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.07 | $7,987.93 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.72 | $7,974.21 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.62 | $7,962.59 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.84 | $7,949.75 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.24 | $7,936.51 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $11.56 | $7,924.95 |
| | | | **TOTALS:** | | $8,000.00 | $75.05 | $7,924.95 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $8,000.00 | $75.05 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $8,000.00 | $75.05 | |

| For the period of 6/9/2014 to 5/19/2015 | | For the entire history of the account between 08/28/2014 to 5/19/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $8,000.00 | Total Compensable Receipts: | $8,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 | Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $75.05 | Total Compensable Disbursements: | $75.05 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $75.05 | Total Comp/Non Comp Disbursements: | $75.05 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 14-21547-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KOSANOVICH, PHILLIP A AND KOSANOVICH, LAUREL J | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2078 | | Checking Acct #: | ******4701 |
| Co-Debtor Taxpayer ID #: | **-***2079 | | Account Title: | |
| For Period Beginning: | 6/9/2014 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/19/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $8,000.00 | $75.05 | $7,924.95 |

**For the period of 6/9/2014 to 5/19/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $8,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $75.05 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $75.05 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/09/2014 to 5/19/2015**

| | |
|---|---:|
| Total Compensable Receipts: | $8,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $75.05 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $75.05 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No.: | 14-21547-ERW | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | KOSANOVICH, PHILLIP A AND KOSANOVICH, LAUREL J | | | | | | | | Date: 5/19/2015 |
| Claims Bar Date: | 11/25/2014 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan  60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $2,291.00 | $0.00 | $0.00 | $0.00 | $2,291.00 |
| | LAKELAW<br><br>420 W. Clayton Street<br>Waukegan  60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $58.88 | $0.00 | $0.00 | $0.00 | $58.88 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $7.98 | $0.00 | $0.00 | $0.00 | $7.98 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $1,550.00 | $0.00 | $0.00 | $0.00 | $1,550.00 |
| 1 | CAVALRY SPV I, LLC<br><br>assignee of GE Retail Bank/Lord & Taylor<br>500 Summit Lake Drive, Ste 400<br>Valhalla NY 10595 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,770.59 | $0.00 | $0.00 | $0.00 | $1,770.59 |

**Claim Notes:** (1-1) Cavalry SPV I, LLC as assignee of GE Retail Bank/Lord & Taylor

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 2 | DEPARTMENT OF TREASURY<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19114 | Claims of Governmental Units | Allowed | 5800-000 | $28,611.04 | $0.00 | $0.00 | $0.00 | $28,611.04 |
| 2a | DEPARTMENT OF TREASURY<br><br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19114 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $795.82 | $0.00 | $0.00 | $0.00 | $795.82 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City OK 73126-8941 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,795.72 | $0.00 | $0.00 | $0.00 | $4,795.72 |

CLAIM ANALYSIS REPORT                              Page No: 2
                                                   Exhibit C

| Case No.: | 14-21547-ERW | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | KOSANOVICH, PHILLIP A AND KOSANOVICH, LAUREL J | | | | | | | | Date: 5/19/2015 |
| Claims Bar Date: | 11/25/2014 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | AMERICAN INFOSOURCE LP AS AGENT FOR Midland Funding LLC PO Box 268941 Oklahoma City OK 73126-8941 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $12,018.70 | $0.00 | $0.00 | $0.00 | $12,018.70 |
| 5 | ASSET ACCEPTANCE LLC assignee FIA Card Services N.A. Midland Credit Management, Inc. as agent for Asset Acceptance LLC PO Box 2036 Warren MI 48090 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $31,454.90 | $0.00 | $0.00 | $0.00 | $31,454.90 |
| **Claim Notes:** | (5-1) 12-3210625 | | | | | | | | |
| 6 | NAVIENT SOLUTIONS, INC. 220 Lasley Ave Barre PA 18706 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $33,419.56 | $0.00 | $0.00 | $0.00 | $33,419.56 |
| 7 | ACURA FINANCIAL SERVICES PO Box 168088 Irving TX 75016-8088 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Disallowed | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (7-1) Lease Contract | | | | | | | | |
| 8 | CITIBANK, N.A. c/o American InfoSource LP PO Box 248840 Oklahoma City OK 73124-8840 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $2,356.28 | $0.00 | $0.00 | $0.00 | $2,356.28 |
| 9 | ATLAS ACQUISITIONS LLC (HSBC BANK NEVADA, N.A.) 294 Union St. Hackensack NJ 07601 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,733.52 | $0.00 | $0.00 | $0.00 | $3,733.52 |

| Case No. | 14-21547-ERW | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | KOSANOVICH, PHILLIP A AND KOSANOVICH, LAUREL J | | | | | | | | Date: | 5/19/2015 |
| Claims Bar Date: | 11/25/2014 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 10 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>P.O. Box 64338<br>Chicago IL 60664-0338 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $42.55 | $0.00 | $0.00 | $0.00 | $42.55 |
| 11 | SYNCHRONY BANK<br><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,506.46 | $0.00 | $0.00 | $0.00 | $1,506.46 |
| 12 | SYNCHRONY BANK<br><br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $780.96 | $0.00 | $0.00 | $0.00 | $780.96 |
| | | | | | **$125,193.96** | **$0.00** | **$0.00** | **$0.00** | **$125,193.96** |

**CLAIM ANALYSIS REPORT**

Page No: 4
Exhibit C

| | | |
|---|---|---|
| **Case No.** | 14-21547-ERW | **Trustee Name:** David Leibowitz |
| **Case Name:** | KOSANOVICH, PHILLIP A AND KOSANOVICH, LAUREL J | **Date:** 5/19/2015 |
| **Claims Bar Date:** | 11/25/2014 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $58.88 | $58.88 | $0.00 | $0.00 | $0.00 | $58.88 |
| Attorney for Trustee Fees (Trustee Firm) | $2,291.00 | $2,291.00 | $0.00 | $0.00 | $0.00 | $2,291.00 |
| Claims of Governmental Units | $28,611.04 | $28,611.04 | $0.00 | $0.00 | $0.00 | $28,611.04 |
| General Unsecured § 726(a)(2) | $84,814.67 | $84,814.67 | $0.00 | $0.00 | $0.00 | $84,814.67 |
| Payments to Unsecured Credit Card Holders | $7,860.39 | $7,860.39 | $0.00 | $0.00 | $0.00 | $7,860.39 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $39,761.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,550.00 | $1,550.00 | $0.00 | $0.00 | $0.00 | $1,550.00 |
| Trustee Expenses | $7.98 | $7.98 | $0.00 | $0.00 | $0.00 | $7.98 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:       14-21547
Case Name:      PHILLIP A KOSANOVICH
                LAUREL J KOSANOVICH
Trustee Name:   David P. Leibowitz

|  |  |
|---|---:|
| Balance on hand: | $7,924.95 |

Claims of secured creditors will be paid as follows:

|  |  |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $7,924.95 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| **Reason/Applicant** | **Total Requested** | **Interim Payments to Date** | **Proposed Payment** |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,550.00 | $0.00 | $1,550.00 |
| David P. Leibowitz, Trustee Expenses | $7.98 | $0.00 | $7.98 |
| Lakelaw, Attorney for Trustee Fees | $2,291.00 | $0.00 | $2,291.00 |
| Lakelaw, Attorney for Trustee Expenses | $58.88 | $0.00 | $58.88 |

|  |  |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $3,907.86 |
| Remaining balance: | $4,017.09 |

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $4,017.09 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $28,611.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| **Claim No.** | **Claimant** | **Allowed Amt. of Claim** | **Interim Payments to** | **Proposed Payment** |
|---|---|---:|---:|---:|

**UST Form 101-7-TFR (5/1/2011)**

|   |   |   | Date |   |
|---|---|---|---|---|
| 2 | Department of Treasury | $28,611.04 | $0.00 | $4,017.09 |

|   |   |
|---|---|
| Total to be paid to priority claims: | $4,017.09 |
| Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $92,675.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | $1,770.59 | $0.00 | $0.00 |
| 2a | Department of Treasury | $795.82 | $0.00 | $0.00 |
| 3 | American InfoSource LP as agent for | $4,795.72 | $0.00 | $0.00 |
| 4 | American InfoSource LP as agent for | $12,018.70 | $0.00 | $0.00 |
| 5 | Asset Acceptance LLC | $31,454.90 | $0.00 | $0.00 |
| 6 | Navient Solutions, Inc. | $33,419.56 | $0.00 | $0.00 |
| 8 | Citibank, N.A. | $2,356.28 | $0.00 | $0.00 |
| 9 | Atlas Acquisitions LLC  (HSBC Bank Nevada, N.A.) | $3,733.52 | $0.00 | $0.00 |
| 10 | Illinois Department of Revenue Bankruptcy Section | $42.55 | $0.00 | $0.00 |
| 11 | Synchrony Bank | $1,506.46 | $0.00 | $0.00 |
| 12 | Synchrony Bank | $780.96 | $0.00 | $0.00 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**