## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-21547 |
| | § | |
| PHILLIP A KOSANOVICH | § | |
| LAUREL J KOSANOVICH | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 06/16/2015, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   05/20/2015                    By:   /s/ David P. Leibowitz
                                                    Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:                                                §     Case No. 14-21547
                                                       §
PHILLIP A KOSANOVICH                                   §
LAUREL J KOSANOVICH                                    §
                                                       §
                          Debtor(s)                    §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*                         $8,000.00
*and approved disbursements of*                                 $75.05
*leaving a balance on hand of[1]:*                           $7,924.95

Claims of secured creditors will be paid as follows:

Total to be paid to secured creditors:        $0.00
Remaining balance:                         $7,924.95

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,550.00 | $0.00 | $1,550.00 |
| David P. Leibowitz, Trustee Expenses | $7.98 | $0.00 | $7.98 |
| Lakelaw, Attorney for Trustee Fees | $2,291.00 | $0.00 | $2,291.00 |
| Lakelaw, Attorney for Trustee Expenses | $58.88 | $0.00 | $58.88 |

Total to be paid for chapter 7 administrative expenses:        $3,907.86
Remaining balance:                                             $4,017.09

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |  |
|---|---|---|
| Total to be paid to prior chapter administrative expenses: | | $0.00 |
| Remaining balance: | | $4,017.09 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $28,611.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department of Treasury | $28,611.04 | $0.00 | $4,017.09 |

|  |  |  |
|---|---|---|
| Total to be paid to priority claims: | | $4,017.09 |
| Remaining balance: | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $92,675.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | $1,770.59 | $0.00 | $0.00 |
| 2a | Department of Treasury | $795.82 | $0.00 | $0.00 |
| 3 | American InfoSource LP as agent for | $4,795.72 | $0.00 | $0.00 |
| 4 | American InfoSource LP as agent for | $12,018.70 | $0.00 | $0.00 |
| 5 | Asset Acceptance LLC | $31,454.90 | $0.00 | $0.00 |
| 6 | Navient Solutions, Inc. | $33,419.56 | $0.00 | $0.00 |
| 8 | Citibank, N.A. | $2,356.28 | $0.00 | $0.00 |
| 9 | Atlas Acquisitions LLC  (HSBC Bank Nevada, N.A.) | $3,733.52 | $0.00 | $0.00 |
| 10 | Illinois Department of Revenue | $42.55 | $0.00 | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | Bankruptcy Section | | | |
|---|---|---|---|---|
| 11 | Synchrony Bank | $1,506.46 | $0.00 | $0.00 |
| 12 | Synchrony Bank | $780.96 | $0.00 | $0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz
                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 14-21547-ERW
Phillip A Kosanovich                                                  Chapter 7
Laurel J Kosanovich
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhuley          Page 1 of 2          Date Rcvd: May 21, 2015
                             Form ID: pdf006        Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2015.
db/jdb      +Phillip A Kosanovich,   Laurel J Kosanovich,   18410 California Ave.,   Homewood, IL 60430-2815
aty          David P. Leibowitz LLC d/b/a Lakelaw,   420 W. Clayton Street,   Waukegan, IL 60085-4216
22605359    +Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.),   294 Union St.,   Hackensack, NJ 07601-4303
22120670    +Beutler Law Center Ltd.,   16335 Harlem Ave., 4th Floor,   Tinley Park, IL 60477-2574
22030182    ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
             (address filed with court: ExxonMobil/Citi,   Attn: Centralized bankruptcy,   PO Box 20507,
             Kansas City, MO 64195)
22030173    +Capital One Services,   Attn: General Correspondence,   PO BOX 30253,
             Salt Lake City, UT 84130-0253
22030175    +Chase Bank U.S.A., N.A.,   Card Services,   PO BOX 15298,   Wilmington, DE 19850-5298
22030177    +Codilis & Assoc,   15W030 N Frontage Rd,   Suite 100,   Willowbrook, IL 60527-6921
22030179    +DSNB Bloomingdales,   PO BOX 8053,   Mason, OH 45040-8053
22030180    +DSNB Macy's,   9111 Duke Blvd,   Mason, OH 45040-8999
22030183    +Freedman Anselmo Lindberg LLC,   1771 W. Diehl Road, Suite 150,   Naperville, IL 60563-4947
22030184    +Freedman Anselmo Lindberg LLC,   1771 West Diehl Road, Suite 150,   PO BOX 3228,
             Naperville, IL 60566-3228
22220099    +Illinois Department of Revenue,   POB 64338,   Chicago, IL 60664-0338
22623002     Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,
             Chicago, Illinois 60664-0338
22474532    +Navient Solutions, Inc.,   220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
22120673    +South Suburban Gastroenterology,   17901 Governors Hwy,   Homewood, IL 60430-1145
22030191    +Trunkett & Trunkett,   20 N. Wacker #1434,   Chicago, IL 60606-2906
22030181    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
             (address filed with court: Elan Financial Service,   Cardmember Service,   PO BOX 790408,
             Saint Louis, MO 63179)
22030194    ++WELLS FARGO BANK NA,   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,   3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Home Mortgage,   8480 Stagecoach Cir.,
             Frederick, MD 21701)
22030192    +Wells Fargo,   Attn: Bankruptcy,   PO BOX 41169,   Des Moines, IA 50311
22030193     Wells Fargo Ed Financial Services,   PO Box 5185,   Sioux Falls, SD 57117-5185

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22478537     E-mail/Text: ebnbankruptcy@ahm.honda.com May 22 2015 00:21:03     Acura Financial Services,
             PO Box 168088,   Irving, TX 75016-8088
22442451     E-mail/Text: ebnbankruptcy@ahm.honda.com May 22 2015 00:21:03
             American Honda Finance Corporation,   P.O. Box 168088,   Irving, TX 75016-8088
22339297     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2015 00:23:36
             American InfoSource LP as agent for,   Midland Funding LLC,   PO Box 268941,
             Oklahoma City, OK  73126-8941
22366265    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 22 2015 00:20:52     Asset Acceptance LLC,
             assignee FIA Card Services N.A.,   Midland Credit Management, Inc.,
             as agent for Asset Acceptance LLC,   PO Box 2036,   Warren, MI 48090-2036
22030172    +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM May 22 2015 00:20:52     Asset Acceptance LLC,
             Attn: Bankruptcy,   PO BOX 2036,   Warren, MI 48090-2036
22336656    +E-mail/Text: bnc@atlasacq.com May 22 2015 00:20:16     Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303
22030174    +E-mail/Text: bankruptcy@cavps.com May 22 2015 00:21:17     Cavalry Portfolio Services,
             Attn: Bankruptcy Department,   500 Summit Lake Drive,   Valhalla, NY 10595-2322
22320379    +E-mail/Text: bankruptcy@cavps.com May 22 2015 00:21:17     Cavalry SPV I, LLC,
             assignee of GE Retail Bank/Lord & Taylor,   500 Summit Lake Drive, Ste 400,
             Valhalla, NY 10595-1340
22529539     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2015 00:23:25     Citibank, N.A.,
             c/o American InfoSource LP,   PO Box 248840,   Oklahoma City, OK  73124-8840
22030178     E-mail/PDF: mrdiscen@discover.com May 22 2015 00:23:37     Discover Card,   PO Box 15316,
             Wilmington, DE 19850
22334986    +E-mail/Text: cio.bncmail@irs.gov May 22 2015 00:20:24     Department of Treasury,
             Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
22030186    +E-mail/PDF: gecsedi@recoverycorp.com May 22 2015 00:23:31     GE Capital Retail Bank,
             Attn: Bankruptcy Dept.,   PO BOX 103106,   Roswell, GA 30076-9106
22030187    +E-mail/Text: collectionsbk@glcu.org May 22 2015 00:20:58     Great Lakes Credit Union,
             2525 Greenbay Rd.,   North Chicago, IL 60064-3082
22030188    +E-mail/PDF: resurgentbknotifications@resurgent.com May 22 2015 00:23:06     LVNV Funding LLC,
             PO Box 10497,   Greenville, SC 29603-0497
22030189    +E-mail/Text: bankruptcydpt@mcmcg.com May 22 2015 00:20:55     Midland Funding LLC,
             8875 Aero  Dr. Suite 200,   San Diego, CA 92123-2255
22030190    +E-mail/PDF: pa_dc_claims@navient.com May 22 2015 00:23:34     Sallie Mae,
             Attn: Claims Department,   PO BOX 9500,   Wilkes Barre, PA 18773-9500
22637059     E-mail/PDF: gecsedi@recoverycorp.com May 22 2015 00:23:17     Synchrony Bank,
             c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
22030195    +E-mail/Text: BKRMailOps@weltman.com May 22 2015 00:20:59     Weltman, Weinberg & Reis Co. LPA,
             180 N. LaSalle Street, Suite 2400,   Chicago, IL 60601-2704
                                                                              TOTAL: 18

```
District/off: 0752-1          User: lhuley              Page 2 of 2              Date Rcvd: May 21, 2015
                             Form ID: pdf006           Total Noticed: 39


            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22220097*       Department of the Treasury,   Internal Revenue Service,   PO Box 7346,
                Philadelphia PA 19101-7346
22220100*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                PHILADELPHIA PA 19101-7346
                (address filed with court:  Internal Revenue Service,   Centralized Insolvency Operation,
                POB 21126,   Philadelphia, PA 19114)
22474537*       +Navient Solutions, Inc.,   220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
22030176       ##+Citifinancial,   Attn: Bankruptcy Department,   PO BOX 140069,   Irving, TX 75014-0069
22030185       ##+Fulton, Friedman & Gullace, LLP,   Bradley Sayad,   5 E. Van Buren, Suite 214,
                Joliet, IL 60432-4224
                                                                      TOTALS: 0, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2015                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2015 at the address(es) listed below:
         Ann M Houha    on behalf of Debtor Phillip A Kosanovich ann@beutlerlaw.com,
          blcnotices@gmail.com;myecfbeutler@gmail.com
         Ann M Houha    on behalf of Joint Debtor Laurel J Kosanovich ann@beutlerlaw.com,
          blcnotices@gmail.com;myecfbeutler@gmail.com
         David P Leibowitz, ESQ   dleibowitz@lakelaw.com,
          il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
         David P Leibowitz, ESQ   on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
          il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
         Justin R. Storer   on behalf of Trustee David P Leibowitz, ESQ jstorer@lakelaw.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Stacy T. Beutler   on behalf of Joint Debtor Laurel J Kosanovich stacy@beutlerlaw.com,
          myecfbeutler@gmail.com;blcnotices@gmail.com
         Stacy T. Beutler   on behalf of Debtor Phillip A Kosanovich stacy@beutlerlaw.com,
          myecfbeutler@gmail.com;blcnotices@gmail.com
                                                                      TOTAL: 8
```