**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-21547 |
| | § | |
| PHILLIP A KOSANOVICH | § | |
| LAUREL J KOSANOVICH | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $192,303.07 | Assets Exempt: | $44,600.00 |
| Total Distributions to Claimants: | $4,314.34 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $3,685.66 | | |

3) Total gross receipts of $8,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $8,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $287,649.00 | $39,761.35 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,982.91 | $3,685.66 | $3,685.66 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $28,611.04 | $28,611.04 | $4,314.34 |
| General Unsecured Claims (from **Exhibit 7**) | $205,518.11 | $92,675.06 | $92,675.06 | $0.00 |
| **Total Disbursements** | $493,167.11 | $165,030.36 | $124,971.76 | $8,000.00 |

4). This case was originally filed under chapter 7 on 06/09/2014. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>09/04/2015</u>    By:  <u>/s/ David P. Leibowitz</u>
                                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Sale of non-exempt equity on all personal property | 1129-000 | $8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Acura Financial Services | 4110-000 | $0.00 | $39,761.35 | $0.00 | $0.00 |
| | Great Lakes Credit Union | 4110-000 | $106,961.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $180,688.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$287,649.00** | **$39,761.35** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,550.00 | $1,550.00 | $1,550.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $7.98 | $7.98 | $7.98 |
| Green Bank | 2600-000 | NA | $75.05 | $75.05 | $75.05 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,291.00 | $1,993.75 | $1,993.75 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $58.88 | $58.88 | $58.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$3,982.91** | **$3,685.66** | **$3,685.66** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM | CLAIMANT | UNIFORM | CLAIMS | CLAIMS | CLAIMS | CLAIMS |
|---|---|---|---|---|---|---|

| NUMBER | | TRAN. CODE | SCHEDULED | ASSERTED | ALLOWED | PAID |
|---|---|---|---|---|---|---|
| 2 | Department of Treasury | 5800-000 | $0.00 | $28,611.04 | $28,611.04 | $4,314.34 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $28,611.04 | $28,611.04 | $4,314.34 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 7100-900 | $1,771.00 | $1,770.59 | $1,770.59 | $0.00 |
| 2a | Department of Treasury | 7100-000 | $0.00 | $795.82 | $795.82 | $0.00 |
| 3 | American InfoSource LP as agent for | 7100-000 | $4,788.00 | $4,795.72 | $4,795.72 | $0.00 |
| 4 | American InfoSource LP as agent for | 7100-000 | $11,999.00 | $12,018.70 | $12,018.70 | $0.00 |
| 5 | Asset Acceptance LLC | 7100-000 | $29,344.56 | $31,454.90 | $31,454.90 | $0.00 |
| 6 | Navient Solutions, Inc. | 7100-000 | $33,500.00 | $33,419.56 | $33,419.56 | $0.00 |
| 8 | Citibank, N.A. | 7100-900 | $2,356.00 | $2,356.28 | $2,356.28 | $0.00 |
| 9 | Atlas Acquisitions LLC (HSBC Bank Nevada, N.A.) | 7100-900 | $3,734.00 | $3,733.52 | $3,733.52 | $0.00 |
| 10 | Illinois Department of Revenue Bankruptcy Section | 7100-000 | $0.00 | $42.55 | $42.55 | $0.00 |
| 11 | Synchrony Bank | 7100-000 | $1,506.00 | $1,506.46 | $1,506.46 | $0.00 |
| 12 | Synchrony Bank | 7100-000 | $780.00 | $780.96 | $780.96 | $0.00 |
| | Beutler Law Center, Ltd. | 7100-000 | $1,821.00 | $0.00 | $0.00 | $0.00 |
| | Beutler Law Center, Ltd. | 7100-000 | $5,816.55 | $0.00 | $0.00 | $0.00 |
| | Capital One Services | 7100-000 | $4,779.00 | $0.00 | $0.00 | $0.00 |
| | Chase Bank U.S.A., N.A. | 7100-000 | $25,797.00 | $0.00 | $0.00 | $0.00 |
| | Chase Bank U.S.A., N.A. | 7100-000 | $16,988.00 | $0.00 | $0.00 | $0.00 |
| | Chase Bank U.S.A., N.A. | 7100-000 | $12,160.00 | $0.00 | $0.00 | $0.00 |
| | Chase Bank U.S.A., N.A. | 7100-000 | $5,153.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Citifinancial | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| Discover Card | 7100-000 | $2,600.00 | $0.00 | $0.00 | $0.00 |
| DSNB Bloomingdales | 7100-000 | $3,095.00 | $0.00 | $0.00 | $0.00 |
| DSNB Bloomingdales | 7100-000 | $1,752.00 | $0.00 | $0.00 | $0.00 |
| DSNB Macy's | 7100-000 | $5,813.00 | $0.00 | $0.00 | $0.00 |
| Elan Financial Service | 7100-000 | $5,617.00 | $0.00 | $0.00 | $0.00 |
| Freedman Anselmo Lindberg LLC | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| South Suburban Gastroenterology | 7100-000 | $1,680.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo | 7100-000 | $5,391.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Ed. Financial Services | 7100-000 | $17,277.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $205,518.11 | $92,675.06 | $92,675.06 | $0.00 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 14-21547-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KOSANOVICH, PHILLIP A AND KOSANOVICH, LAUREL J | Date Filed (f) or Converted (c): | 06/09/2014 (f) |
| For the Period Ending: | 9/4/2015 | §341(a) Meeting Date: | 07/22/2014 |
| | | Claims Bar Date: | 11/25/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | single family home located at 18410 California Avenue, Homewood, IL 60430 value estimate by nada.com | $207,936.00 | $175,934.00 | | $0.00 | FA |
| 2 | available cash | $200.00 | $0.00 | | $0.00 | FA |
| 3 | checking account xxxx5351 with BMO Harris Bank, 17600 Halsted Street, Homewood, IL 60430 | $9,056.52 | $1,256.52 | | $0.00 | FA |
| 4 | checking account xxxx1285 with BMO Harris Bank, 17600 Halsted Street, Homewood, IL 60430 | $1,157.12 | $1,157.12 | | $0.00 | FA |
| 5 | checking account xxxx1277 with BMO Harris Bank, 17600 Halsted Street, Homewood, IL 60430 | $5,641.16 | $5,641.16 | | $0.00 | FA |
| 6 | combined checking and savings account xxxx3212 with Great Lake Credit Union, 18130 Crawford Ave., Country Club Hills, IL 60478 | $959.10 | $959.10 | | $0.00 | FA |
| 7 | various household furniture and goods | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 8 | various books and collectibles. | $500.00 | $500.00 | | $0.00 | FA |
| 9 | necessary wearing apparel | $1,000.00 | $0.00 | | $0.00 | FA |
| 10 | fur coats (28 years old) and wedding rings | $1,000.00 | $1,000.00 | | $0.00 | FA |
| 11 | 2 hunting shotguns and golf clubs | $300.00 | $300.00 | | $0.00 | FA |
| 12 | 2002 Acura MDX, 194,000 miles with minor scratches; value estimate by nada.com | $3,600.00 | $0.00 | | $0.00 | FA |
| 13 | 1998 Chevrolet Tahoe Utility 2D 2WD; 109,000 miles with minor scratches, dents and rust; value estimate by nada.com | $1,887.00 | $1,887.00 | | $0.00 | FA |
| 14 | desk, bookcase, copier, shredder, computer, projector | $2,000.00 | $0.00 | | $0.00 | FA |
| 15 | Sale of non-exempt equity on all personal property | $0.00 | $11,000.00 | | $8,000.00 | FA |

**Asset Notes:** Asset entered for non-exempt equity on all property

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 14-21547-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KOSANOVICH, PHILLIP A AND KOSANOVICH, LAUREL J | Date Filed (f) or Converted (c): | 06/09/2014 (f) |
| For the Period Ending: | 9/4/2015 | §341(a) Meeting Date: | 07/22/2014 |
| | | Claims Bar Date: | 11/25/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 16 | 13.075 shares in Lincoln National Corporation (LNC) Wells Fargo Shareowner Services acct xx7768 value includes 4 lost stock certificates that will require a bond to redeem NYSE closing price per share on filing date was $50.95 (u) | $666.17 | $666.17 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|
| $236,903.07 | $201,301.07 | | $8,000.00 | $0.00 |

**Major Activities affecting case closing:**

| 06/30/2015 | Order Granting Application For Compensation 6/16/15 -- TDR to be prepared once balance is Zero and received July's Bank Statement |
| 01/12/2015 | Objection to Claim No. 7 filed |
| 12/30/2014 | Requested Tax Return. Attorney preparing objection to secured claim. |
| 09/02/2014 | Preparing motion to employ and motion to sell then TFR to be completed. |
| 08/29/2014 | Funds received Bar Scheduled 12/8/2014; TFR then |
| 08/24/2014 | Settled for $8,000.00 |
| 07/22/2014 | 341 Meeting Recap. |

Meeting of Creditors continued to August 26, 2014. Please contact David Leibowitz and/or myself to schedule a conference to discuss this matter as it relates to the non-exempt funds in Debtor's estate.

Please note that Debtor is not to dispose of any property. Our office will be contacting BMO Harris for turnover of funds unless the issues are resolved beforehand.

Thank you.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 07/09/2015 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 01/15/2015 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit 9

| Case No. | 14-21547-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KOSANOVICH, PHILLIP A AND KOSANOVICH, LAUREL J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2078 | Checking Acct #: | ******4701 |
| Co-Debtor Taxpayer ID #: | **-***2079 | Account Title: | |
| For Period Beginning: | 6/9/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/4/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/29/2014 | (15) | Christine Kosanovich | Settlement payment for all non-exempt assets on Schedule B | 1129-000 | $8,000.00 | | $8,000.00 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.07 | $7,987.93 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.72 | $7,974.21 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $11.62 | $7,962.59 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.84 | $7,949.75 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.24 | $7,936.51 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $11.56 | $7,924.95 |
| 06/18/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,550.00 | $6,374.95 |
| 06/18/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $7.98 | $6,366.97 |
| 06/18/2015 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 58.88; Amount Allowed: 58.88; Distribution Dividend: 100.00; | 3120-000 | | $58.88 | $6,308.09 |
| 06/18/2015 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 2,291.00; Amount Allowed: 1,993.75; Distribution Dividend: 100.00; | 3110-000 | | $1,993.75 | $4,314.34 |
| 06/18/2015 | 3005 | Department of Treasury | Claim #: 2; Amount Claimed: 28,611.04; Amount Allowed: 28,611.04; Distribution Dividend: 15.08; | 5800-000 | | $4,314.34 | $0.00 |
| | | | **TOTALS:** | | $8,000.00 | $8,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $8,000.00 | $8,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $8,000.00 | $8,000.00 | |

| **For the period of 6/9/2014 to 9/4/2015** | | **For the entire history of the account between 08/28/2014 to 9/4/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $8,000.00 | Total Compensable Receipts: | $8,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 | Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,000.00 | Total Compensable Disbursements: | $8,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,000.00 | Total Comp/Non Comp Disbursements: | $8,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| **Case No.** | 14-21547-ERW | **Trustee Name:** | David Leibowitz |
|---|---|---|---|
| **Case Name:** | KOSANOVICH, PHILLIP A AND KOSANOVICH, LAUREL J | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2078 | **Checking Acct #:** | ******4701 |
| **Co-Debtor Taxpayer ID #:** | **-***2079 | **Account Title:** | |
| **For Period Beginning:** | 6/9/2014 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/4/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | **TOTAL - ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSE** | **ACCOUNT BALANCES** |
|---|---|---|---|---|
| | | $8,000.00 | $8,000.00 | $0.00 |

| **For the period of 6/9/2014 to 9/4/2015** | | **For the entire history of the case between 06/09/2014 to 9/4/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $8,000.00 | Total Compensable Receipts: | $8,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $8,000.00 | Total Comp/Non Comp Receipts: | $8,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8,000.00 | Total Compensable Disbursements: | $8,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8,000.00 | Total Comp/Non Comp Disbursements: | $8,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ